IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH McKENNA,<br><br>            Plaintiff,<br><br>     vs.<br><br>THE PERMANENTE MEDICAL GROUP, INC., et al.,<br><br>            Defendants.<br>                                                          / | CASE NO. CV F 12-0849  LJO SMS<br><br>**ORDER TO VACATE HEARING AND TO TERM MOTION**<br>(Docs. 6 and 7.) |

On May 31, 2012, defendants The Permanente Medical Group, Inc., SEIU, United Healthcare Workers – West, and Michelle Hanrahan ("defendants") filed their respective F.R.Civ.P. 12 motions to dismiss plaintiff Elizabeth McKenna's ("Ms. McKenna's") original complaint and set July 5 and 19, 2012 hearings. Ms. McKenna filed her first amended complaint ("FAC") on June 21, 2012, which does not satisfy the 21-day deadline under F.R.Civ.P. 15(a)(1)(B) to render the FAC untimely. Although this Court was prepared to rule on defendants' motions to dismiss, this Court will reluctantly permit Ms. McKenna to proceed on the FAC, out of an abundance of caution. As such, this Court:

1. VACATES the July 5 and 19, 2012 hearings on defendants' motions to dismiss the original complaint;

2. DIRECTS the clerk to term the F.R.Civ.P. 12 motions to dismiss the original complaint (docs. 6 and 7);

3. ORDERS defendants, no later than July 12, 2012, to file papers to respond to the FAC;

1

and

4. ADMONISHES counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate. This order serves as a predicate to impose sanctions on the parties and their counsel in this or other actions.

This Court will take no further action on the F.R.Civ.P. 12 motions to dismiss the original complaint (docs. 6 and 7).

IT IS SO ORDERED.

**Dated:   June 21, 2012**                           /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE