1  BRUCE A. HARLAND, Bar No. 230477
   YURI Y. GOTTESMAN, Bar No. 264924
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone: 510.337.1001
   Fax: 510.337.1023
5
   Attorneys for Defendant
6  SEIU, UNITED HEALTHCARE WORKERS – WEST

7  JACQUELINE MITTELSTADT, Bar No. 172188
   MITTELSTADT LAW
8  1034 Emerald Bay Road, Ste. 413
   South Lake Tahoe, CA 96150
9  Telephone: 530.307.9412
   Fax: 530.452.1966
10
   Attorneys for Plaintiff
11 ELIZABETH MCKENNA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MCKENNA, | No.   12-cv-00849-LJO-GSA |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON SEIU, UHW'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| v. | |
| THE PERMANENTE MEDICAL GROUP, INC., a California corporation; UNITED HEALTHCARE WORKERS – WEST; MICHELLE HANRAHAN, an individual and DOES 1 through 25, inclusive, | **ORDER REVISED** Judge: Hon. Lawrence J. O'Neill |
| Defendants. | |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation to Continue Hearing on SEIU, UHW's Motion to Dismiss the First Amended Complaint
Case No. 12-cv-00849-LJO-GSA

The hearing on Defendant Service Employees International Union, United Healthcare Workers' West's ("UHW") Motion to Dismiss the First Amended Complaint is presently set for August 9, 2012 at 8:30 a.m.  The hearing on Defendant Kaiser Permanente Medical Group's ("KPMG") Motion to Dismiss the First Amended Complaint is set for August 14, 2012 at 8:30 a.m.  Plaintiff's counsel currently has another hearing set in Central California the morning of August 9.  For this reason and so that the parties may save resources, the Plaintiff and UHW request that the Court continue the August 9, 2012 hearing to August 14, 2012 at 8:30 a.m., to hear both Defendants' Motion to Dismiss at that time.

Dated: July 31, 2012

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By:  /s/ YURI Y. GOTTESMAN
              BRUCE A. HARLAND
              YURI Y. GOTTESMAN
              Attorneys for Defendant
              SEIU-UHW

Dated: July 31, 2012

        MITTELSTADT LAW

        By:  /s/ JACQUELINE MITTELSTADT
              JACQUELINE MITTELSTADT
              Attorneys for Plaintiff
              ELIZABETH MCKENNA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1

Stipulation to Continue Hearing on SEIU, UHW's Motion to Dismiss the First Amended Complaint
Case No. 12-cv-00849-LJO-GSA

**ORDER**

This Court VACATES the August 9 and 14, 2012 hearings for the defense motions to dismiss. Pursuant to its practice, this Court will consider the defense motions on the record without a hearing. The respective reply papers are due August 2 and 7, 2012 based on the originally set hearings.

IT IS SO ORDERED.

Dated: **July 31, 2012**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

2
Stipulation to Continue Hearing on SEIU, UHW's Motion to Dismiss the First Amended Complaint
Case No. 12-cv-00849-LJO-GSA