1  David R. McNamara, #133302
   Christina C. Tillman, #258627
2  Nikole E. Cunningham, #277976
   McCormick, Barstow, Sheppard,
3  Wayte & Carruth LLP
   5 River Park Place East
4  Fresno, California 93720-1501
   Telephone:   (559) 433-1300
5  Facsimile:   (559) 433-2300

6  Attorneys for Defendants THE PERMANENTE
   MEDICAL GROUP, INC.

7
                    UNITED STATES DISTRICT COURT
8
          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
9

10

11 ELIZABETH McKENNA,                    Case No. 1:12-CV-00849 LJO-GSA

12         Plaintiff,                    **ORDER REGARDING DURATION OF
                                         PLAINTIFF'S DEPOSITION**
13     v.

14 THE PERMANENTE MEDICAL GROUP,
   INC., a California corporation; UNITED
15 HEALTHCARE WORKERS — WEST;
   MICHELLE HANRAHAN, an individual and
16 DOES 1 to 25, inclusive,

17         Defendants.

18         The parties attended a Scheduling Conference in the above-captioned action before the

19 Honorable Magistrate Judge Gary S. Austin on September 26, 2012 at 9:30 a.m. in Courtroom 10 of

20 the above-entitled Court.

21         Defendant THE PERMANENTE MEDICAL GROUP, INC. ("TPMG") requested the Court

22 expand the duration for the deposition of Plaintiff, beyond the one day of seven (7) hour limit imposed

23 by FRCP, Rule 30(d). It was requested that TPMG be allowed two days (14 hours) to depose

24 Plaintiff.

25         After considering the request, the Court, being fully advised, and good cause appearing

26 therefor, makes the following order:

27 ///

28 ///

1  IT IS ORDERED that Defendant is allowed to conduct the deposition of Plaintiff
2  ELIZABETH McKENNA over two days (14 hours).

5  IT IS SO ORDERED.

6  Dated:   **September 28, 2012**                    **/s/ Gary S. Austin**
7                                                                    UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
ORDER REGARDING DURATION OF PLAINTIFF'S DEPOSITION