David R. McNamara, #133302
Christina C. Tillman, #258627
Nikole E. Cunningham, #277976
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, California 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ELIZABETH McKENNA,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., a California corporation; UNITED HEALTHCARE WORKERS — WEST; MICHELLE HANRAHAN, an individual and DOES 1 to 25, inclusive,<br><br>        Defendants. | Case No. 1:12-CV-00849 LJO-GSA<br><br>**ORDER REGARDING DURATION OF PLAINTIFF'S DEPOSITION** |

The parties attended a Scheduling Conference in the above-captioned action before the Honorable Magistrate Judge Gary S. Austin on September 26, 2012 at 9:30 a.m. in Courtroom 10 of the above-entitled Court.

Defendant THE PERMANENTE MEDICAL GROUP, INC. ("TPMG") requested the Court expand the duration for the deposition of Plaintiff, beyond the one day of seven (7) hour limit imposed by FRCP, Rule 30(d). It was requested that TPMG be allowed two days (14 hours) to depose Plaintiff.

After considering the request, the Court, being fully advised, and good cause appearing therefor, makes the following order:

///

///

1   IT IS ORDERED that Defendant is allowed to conduct the deposition of Plaintiff
2   ELIZABETH McKENNA over two days (14 hours).

5   IT IS SO ORDERED.

Dated:   **September 28, 2012**                            **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
ORDER REGARDING DURATION OF PLAINTIFF'S DEPOSITION