# UNITED STATES DISTRICT COURT

| | |
|---|---|
| ELIZABETH McKENNA, | 1:12-cv-849 LJO GSA |
| Plaintiff, | ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME TO HEAR THE MOTION TO EXTEND DATES IN THE SCHEDULING ORDER |
| v. | |
| THE PERMANENTE MEDICAL GROUP, INC., a California corporation; DOES 1 through 25, | (Document 35) |
| Defendants, | |

On March 19, 2013, Plaintiff, Elizabeth McKenna, filed the instant Ex Parte Application to Shorten Time, as well as a Motion to Extend the Deadlines in this Court's Scheduling Order. (Doc. 35). She has requested that her Motion to Modify the Scheduling Order be heard on March 22, 2013.

The Court has reviewed Plaintiff's ex parte application and the accompanying exhibits. The Court notes that the Scheduling Order in this case was issued on September 28, 2012, almost six months ago. (Doc. 32).  Although Plaintiff has filed an eighteen page motion, she has not adequately explained why she waited until three days before the non-expert discovery deadline expires to file this request.  To hear this motion on shortened time would be prejudicial to Defendant.

Accordingly, Plaintiff has not established good cause to hear this motion on shortened time and the ex parte request is DENIED.   Plaintiff's Motion to Extend Deadlines in the

1

Scheduling Order will be heard in accordance with the timing requirements set forth in Local Rule 230.  As such, a hearing on Plaintiff's motion will be held on **April 19, 2013 at 9:30 a.m.** before the undersigned.  The parties are advised that all deadlines and other orders contained in the Scheduling Order issued on September 28, 2012, remain in full force and effect until any modifications are ordered by the Court.

IT IS SO ORDERED.

Dated:   **March 20, 2013**                              /s/ **Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE