**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELIZABETH MCKENNA**<br><br>Plaintiff,<br><br>v.<br><br>**THE PERMANENTE MEDICAL GROUP, INC.**, a California corporation; **UNITED HEALTHCARE WORKERS—WEST**; and **MICHELLE HANRAHAN**, an individual and DOES 1 through 25, inclusive,<br><br>Defendants. | 1:12-CV-00849 LJO GSA<br><br>ORDER RE JOINT PRETRIAL CONFERENCE STATEMENT (DOC. 51); AND<br><br>RESETTING PRETRIAL CONFERENCE TO 8:00 a.m. on AUGUST 8, 2013. |

The Court has reviewed the Joint Pretrial Statement and finds it to be inadequate at several levels:

1. Presently, there are **no** exhibits or discovery documents that will be allowed at trial by either side. The alleged designations are wholly inadequate, lack specificity and illustrate no effort by either party.

2. The "Further Discovery and Motions" section describes nothing more than a colossal, untimely, and unresolved discovery motion, which this Court will not be addressing or resolving. Those were matters that should have been resolved by a motion before the Magistrate Judge, and would have been had they been brought when required.

3. The "Expert Witnesses" section constitutes a not-so-subtle motion to allow a late designation of expert witnesses, coupled with a motion to reopen discovery. These are also matters that should **never** be raised for the first time at a Pretrial Conference.

Work the matters out, or bring an appropriate motion before the Magistrate Judge after filing an appropriate Application for An Order Shortening Time (which the Magistrate Judge may or may not grant). In sum, this matter is not ready for the Pretrial Conference as currently scheduled. Accordingly, the Pretrial Conference is RESET to 8:00 a.m. on August 8, 2013. A revised Joint Pretrial Conference

1  Statement shall be filed on or before August 1, 2013. If the case is not ready on August 8, 2013, the

2  Court will make it ready by ruling on the issues in rapid fashion. The trial date will not be moved.

3      The Parties may wish to consider Magistrate Judge consent. This case is third in line on the

4  calendar for the scheduled trial date. Counsel may either consent to Magistrate Judge jurisdiction or

5  should be prepared to trail day to day until this Court is available. This Court no longer continues trials,

6  since the trial calendar is so impacted and because there is no place to continue them until the year 2015

7  (which the Court does not consider to be a viable alternative).

8

9  IT IS SO ORDERED.

10     Dated:   **July 25, 2013**          **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE