# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ELIZABETH MCKENNA

    Plaintiff,

  v.

THE PERMANENTE MEDICAL GROUP, INC.

    Defendant.

Case No.: 1:12-cv-00849-LJO-GSA

**ORDER AFTER SETTLEMENT (Doc. 69.)**

    Defense counsel notified this Court that settlement has been reached among all parties. Pursuant to Local Rule 160, this Court ORDERS the parties, **no later than October 9, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

    This Court VACATES all pending matters and dates, including the September 24, 2013 jury trial, which is subject to immediate resetting if settlement is not timely completed.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

**SO ORDERED**
**Dated: August 21, 2013**

                                       **/s/ Lawrence J. O'Neill**
                                       **United States District Judge**