UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH McKENNA, | CASE NO. CV F 12-0849 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE**<br>(Doc. 70.) |
| vs. | |
| THE PERMANENTE MEDICAL GROUP, INC., | |
| Defendant. | |
| _____/ | |

    This Court's August 22, 2013 order required the parties, no later than October 9, 2013, to file papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed. The parties have disobeyed the August 22, 2013 order.

    This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

    Accordingly, this Court ORDERS the parties, no later than October 15, 2013, to file papers to show cause why sanctions should not be imposed on parties or their counsel for disobedience of the August 22, 2013 order. This Court contemplates to impose a $500 sanction on each of the parties' counsel. This order to show cause will be deemed discharged, if no later than October 15, 2013, the parties filed papers to dismiss or conclude this action in

1

its entirety.

    This Court ADMONISHES the parties and counsel that they must observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

    Dated:   **October 10, 2013**            **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE