UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH McKENNA, | CASE NO. CV F 12-0849 LJO GSA |
| Plaintiff, | **ORDER TO EXTEND DISMISSAL OF ACTION** <br> (Doc. 72.) |
| vs. | |
| THE PERMANENTE MEDICAL GROUP, INC., et al., | |
| Defendants. | |
| _____ / | |

    In response to this Court's October 10, 2013 order, defense counsel filed his declaration that settlement nears completion and that dismissal of this action is forthcoming. As such, this Court GRANTS a one-time extension and ORDERS the parties, no later than October 22, 2013, to file papers to dismiss this action in its entirety.

    Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this

1

1  Court deems appropriate.

3  IT IS SO ORDERED.

4     Dated:   **October 15, 2013**                    **/s/ Lawrence J. O'Neill**
5                                                    UNITED STATES DISTRICT JUDGE