UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH McKENNA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE PERMANENTE MEDICAL GROUP, INC., et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. CV F 12-0849 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 74.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

　　1.　　DISMISSES with prejudice this entire action and all claims;

　　2.　　VACATES all pending dates and matters; and

　　3.　　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　　Dated:　　**October 17, 2013**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1